Hall *v.* Chodoff, Appellant.

Argued December 17, 1964. *Robert F. Blanck,* with him *McWilliams, Wagoner & Troutman,* for appellant; *Jack Litz,* for appellee.

Judgment affirmed.

Kifer Unemployment Compensation Case.

Argued December 17, 1964. *Ruby J. Kifer,* claimant, appellant, in propria persona, submitted a brief; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

Klinger, Appellant, *v.* R & W, Inc.

Argued December 17, 1964. *Norman Ashton Klinger,* with him *Alfred Sarowitz,* for appellant; *Milton A. Nemeroff,* for appellee.

Order affirmed.